1004

[No. 58908-3-I. Division One. December 3, 2007.]

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, *Respondent*, v. LAW OFFICE OF ROBERT E. BRANDT, PLLC, *Respondent*, WILLIAM ANDERSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-27038-1, Suzanne M. Barnett, J., entered September 11, 2006. *Reversed* and *remanded* by unpublished per curiam opinion. Now published at 142 Wn. App. 71.

[Nos. 58961-0-I; 58962-8-I. Division One. December 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAUN ANDREW FRY, *Appellant*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 02-1-01264-0, Ira Uhrig, J., entered September 19, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 59265-3-I. Division One. December 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS ARTEAGA-CABRERA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03203-5, William L. Downing, J., entered November 13, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59298-0-I. Division One. December 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT M. STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-00455-2, George N. Bowden, J., entered December 7, 2006. *Reversed* by unpublished per curiam opinion.